UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nathaniel Jackson,          Civ. No. 20-1978 (PAM/KMM)

    Petitioner,

v.          **ORDER**

T. Beltz,

    Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Katherine Menendez dated April 5, 2021. (Docket No. 20.) The R&R recommends that the Court deny Petitioner Nathaniel Jackson's petition for writ of habeas corpus. Jackson did not file any objections to the R&R, and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1.     The R&R (Docket No. 20) is **ADOPTED**;

2.     The Petition for Writ of Habeas Corpus (Docket No. 1) is **DENIED**; and

3. No Certificate of Appealability will issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>Wednesday, May 5, 2021</u>

<u>*s/ Paul A. Magnuson*</u>
Paul A. Magnuson
United States District Court Judge